UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SHANTOU SANHE SHOES INDUSTRY　　:
CO., LTD.,
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　:　　Case No. 1:20-cv-00182 (JPO) (DF)
　　　-against-　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　　**DEFAULT JUDGMENT**
ACTIVE FOOTWEAR, INC.,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　　:
-------------------------------------------------------x

　　　　　This action having been commenced on January 9, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Active Footwear, Inc., on January 16, 2020 by personal delivery to the New York Secretary of State as agent for service of process upon said defendant, and a proof of service having been filed on January 25, 2020, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

　　　　　ORDERED, ADJUDGED and DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $410,285.10 with interest at 9% per annum from March 22, 2019 amounting to $ _63,633.53_ , plus costs and disbursements of this action in the amount of $ 600.00, amounting in all to $ _474,518.63_ .

Dated: New York, New York
　　　　 _December 10_ , 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　　　　　　　　　This document was entered on the docket
　　　　　　　　　　　　　　　　　　　　　　　　　　　on _____.